Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

ADR

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED

2008 JUL 15 P 2: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

C 08 No. 03405 RS

Plaintiff,

vs.

LAN THU TRAN, INDIVIDUALLY and
d/b/a NHA HANG NGON a/k/a
DESESPERADO a/k/a LAI RAI,

Defendant.

CERTIFICATION AS TO
INTERESTED PARTIES

        The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## PARTIES

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:   (626) 799-9795

1   ***Defendant***, Lan Thu Tran, individually and d/b/a Nha Hang Ngon a/k/a Desesperado a/k/a Lai Rai

2

3   1593-95 Monterey Road
    San Jose, CA 95110

4

5

6   Dated:        7/14/08

7                                        LAW OFFICES OF THOMAS P. RILEY, P.C.
                                         By: Thomas P. Riley
8                                        Attorney of Record for
                                         J & J Sports Productions, Inc.
9

10

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///