Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

*E-FILED 10/28/08*

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Lan Thu Tran, et al. <br><br> Defendant. | CASE NO. CV 08-3405 RS <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT LAN THU TRAN, individually and d/b/a NHA HANG NGON A/K/A DESESPERADO A/K/A LAI RAI <br> AND ORDER THEREON |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant LAN THU TRAN, individually and d/b/a Nha Hang Ngon a/k/a Desesperado a/k/a Lai Rai, that the above-entitled action is hereby dismissed **without prejudice** against LAN THU TRAN, individually and d/b/a Nha Hang Ngon a/k/a Desesperado a/k/a Lai Rai and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 1, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

STIPULATION OF DISMISSAL
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: September 25, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 10-28-08

GARY HARRE, ATTORNEY AT LAW
By: Gary Harre, Esquire
Attorneys for Defendant
LAN THU TRAN,
individually and d/b/a
NHA HANG NGON A/K/A DESESPERADO
A/K/A LAI RAI

IT IS SO ORDERED:

_____     Dated: October 28, 2008
The Honorable Richard Seeborg
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 25, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LAN THU TRAN, individually and d/b/a NHA HANG NGON A/K/A DESESPERADO A/K/A LAI RAI**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Gary Harre, Esquire                    Attorneys for Defendant
GARY HARRE, ATTORNEY AT LAW
3024 E. Anaheim St.
Long Beach, CA 90802

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 25, 2008, at South Pasadena, California.

Dated: September 25, 2008

INESA MAMIDJANYAN